IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>MARK MASSI, ROBERT EMMEL, and JO ANN MASSI,<br><br>　　　　　　*Defendants*. | CIVIL ACTION<br>NO. 16-00169 |

## ORDER

**AND NOW**, this 25th day of May, 2016, upon consideration of Plaintiff State Farm Fire and Casualty Company's ("State Farm") Motion for Partial Summary Judgment (ECF No. 13), Defendants' Response (ECF No. 14) and State Farm's Reply (ECF No. 15), it is hereby **ORDERED** that the motion is **GRANTED**.

Judgment is entered in favor of State Farm and against Defendants on Counts I and III of State Farm's complaint.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.